UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON SHAPIRO,<br><br>            Plaintiff,<br>v.<br><br>HARTFORD LIFE and ACCIDENT INSURANCE COMPANY,<br><br>            Defendant. | 04-11966-MLW |

## ASSENTED TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Defendant, Hartford Life and Accident Insurance Company, hereby moves to extend the time by which it must respond to Plaintiff's complaint to and including November 30, 2004. In support of their motion, Defendant states that it needs additional time to locate documents necessary to answer the Complaint.

Plaintiff has assented to this motion.

            Hartford Life and Accident Insurance Company

            By its Attorney,

            David B. Crevier, BBO # 557242
            Theodore F. Glockner, BBO # 629469
            Crevier & Ryan LLP
            1500 Main Street, Suite 2020
            Springfield, MA 01115-5532
            (413) 787-2400
            Fax: (413) 781-8235
            Email: Dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiffs' counsel by first class U.S. Mail, postage prepaid this 18 day of October, 2004.

_____
David B. Crevier

F:\Files\Hartford\Shapiro\Extension of Time.doc