UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JASON SHAPIRO, )
)
         Plaintiff, )
v. ) 04-11966-MLW
)
RESIDENT PHYSICIANS TRUST GROUP BENEFIT PLAN, )
HARTFORD LIFE and ACCIDENT INSURANCE COMPANY )
AND PARTNERS HEALTH CARE SYSTEMS INC. )
)
         Defendants. )

## NOTICE OF APPEARANCE

NOW COMES David B. Crevier, Theodore F. Glockner and Katherine R. Parsons and hereby enter their appearance on behalf of Defendant Hartford Life and Accident Insurance Company in the above entitled matter.

        Respectfully Submitted,
        Defendant Hartford Life & Accident
        Insurance Company, By:

        CREVIER & RYAN, LLP.

        _____
        David B. Crevier, BBO #557242

        _____
        Theodore F. Glockner, BBO #629469

        _____
        Katherine R. Parsons, BBO # 657280

        1500 Main Street, Suite 2020
        Springfield, MA 01115-5532
        Tel: (413) 787-2400
        Facsimile: (413) 781-8235

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiffs' counsel by first class U.S. Mail, postage prepaid this 20 day of October, 2004.

_____
David B. Crevier

F:\Files\CIGNA\Stokes\notice of appearance.doc