IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON SHAPIRO,<br><br>　　　　　Plaintiff,<br>v.<br><br>RESIDENT PHYSICIANS TRUST GROUP BENEFIT PLAN,<br>HARTFORD LIFE and ACCIDENT INSURANCE COMPANY<br>AND PARTNERS HEALTH CARE SYSTEMS INC.<br><br>　　　　　Defendants. | )<br>)<br>)<br>) 04-11966-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S
### L.R. 7.3 CORPORATE DISCLOSURE STATEMENT

Defendant Hartford Life and Accident Insurance Company ("HLAIC"), pursuant to Rule 7.3 of the United States District Court for the District of Massachusetts, hereby makes the following disclosures: 1) that the parent corporation of HLAIC is Hartford Life, Inc.; and 2) that no publicly held corporation owns 10%, or more, of HLAIC's stock.

　　　　　　　　　　　　　　　　　　Respectfully Submitted, the Defendant
　　　　　　　　　　　　　　　　　　Hartford Life And Accident Insurance
　　　　　　　　　　　　　　　　　　Company, Inc., By:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　David B. Crevier, Esq.
　　　　　　　　　　　　　　　　　　BBO # 557242
　　　　　　　　　　　　　　　　　Theodore F. Glockner, Esq.
　　　　　　　　　　　　　　　　　BB0 # 629469
　　　　　　　　　　　　　　　　　CREVIER & RYAN, LLP.
　　　　　　　　　　　　　　　　　1500 Main Street, Suite 2020
　　　　　　　　　　　　　　　　　Springfield, MA 01115
　　　　　　　　　　　　　　　　　Tel: (413) 787-2400
　　　　　　　　　　　　　　　　　Facsimile: (413) 781-8235

## CERTIFICATE OF SERVICE

    I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 20 day of October 2004.

_____
David B. Crevier