UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON L. SHAPIRO, D.M.D.,<br>   Plaintiff<br><br>V.<br><br>RESIDENT PHYSICIANS TRUST GROUP<br>BENEFIT PLAN, THE HARTFORD LIFE<br>AND ACCIDENT INSURANCE COMPANY,<br>AND PARTNERS HEALTHCARE SYSTEM,<br>INC.<br><br>   Defendants | CIVIL ACTION NO. 04-11966MLW |

**MOTION TO AMEND COMPLAINT**

Pursuant to F.R.C.P. 15(a), the Plaintiff moves to amend his Complaint to clarify within the Complaint, the names of the parties to the action as well as the roles, rights and responsibilities of each party. As grounds for this Motion, the Plaintiff states the following:

(1) This is the Plaintiff's first time amending his Complaint;

(2) Responsive pleadings have not been served in this matter, and thus, pursuant to Rule 15(a), the Plaintiff is entitled to amend its Complaint once as a matter of course;

(3) The clarifications contained in the Amended Complaint are directly relevant to the roles and responsibilities of the defendants in this matter; and

(4) The amendment will not prejudice the Defendant.

WHEREFORE, the Plaintiff respectfully requests that this motion be granted.

Dated: November 29, 2004

Respectfully submitted,
By his attorneys,

JASON SHAPIRO, DMD


/s/ Mala M. Rafik
Mala M. Rafik
BBO No. 638075
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470

### CERTIFICATE OF SERVICE

I hereby certificate that a true copy of the above document was served on counsel for the parties by first class mail, postage prepaid, and electronic mail, on November 29, 2004.

/s/ Mala M. Rafik
Mala M. Rafik
BBO No. 638075