# UNITED STATES DISTRICT COURT

_____  District of  _____

JASON L. SHAPIRO, DMD
V.
RESIDENT PHYSICIANS TRUST
GROUP BENEFIT PLAN, ET.AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 04-11966 MLW

TO: (Name and address of Defendant)

Partners Healthcare System, INC.
800 Boylston Street, Suite 1150
Boston, MA 02199

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MALA M. RAFIK
ROSENFELD & RAFIK, PC
44 School St, Ste 410
Boston, MA
02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                        9-10-04
_____        _____
CLERK                                                DATE



_____
(By) DEPUTY CLERK

Deputy Sheriff Pierce Waltower, Jr.

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

January 5, 2005

I hereby certify and return that on 1/4/2005 at 12:10PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to J.Abrams,Attorney & agent in charge at time of service, for Partners Healthcare System, Inc., at , 50 Staniford Street, Legal Department Boston, MA 02108. Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $36.00

Deputy Sheriff

0403/376

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

______ *Address of Server*