```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

JASON SHAPIRO

               Plaintiff               CIVIL ACTION
                                                 NO. 04-11966-MLW

    V.

RESIDENT PHYSICIAN'S TRUST GROUP BENEFIT PLAN et al
         Defendants


## CANCELLATION/RESCHEDULING NOTICE

WOLF, D.J.


    PLEASE TAKE NOTICE that the SCHEDULING CONFERENCE previously set for **FEBRUARY 2, 2005 at 4:00 p.m.** has been CANCELLED.


                                            TONY ANASTAS, CLERK


January 27, 2005                 By:  /s/ Dennis O'Leary
Date                                  Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                           [ntchrgcnf.]