UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON L. SHAPIRO, D.M.D.,<br>    Plaintiff<br><br>V.<br><br>RESIDENT PHYSICIANS TRUST GROUP BENEFIT PLAN, THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, AND PARTNERS HEALTHCARE SYSTEM, INC.<br><br>    Defendants | CIVIL ACTION NO. 04-11966MLW |

## JOINT MOTION TO EXTEND ORDER OF DISMISSAL

On April 14, 2005, at the request of the parties, the Court issued a Settlement Order of Dismissal ("Settlement Order") in the above-referenced action. This Settlement Order provided the parties sixty (60) days, or until June 13, 2005, to reopen the action if settlement is not consummated. The parties jointly request a three-week extension of the time, from June 13, 2005 to July 5, 2005, in order to complete the settlement papers. As grounds for this request, the parties indicate:

1.    The parties have agreed upon the terms of the settlement agreement;

2.    The parties are in the process of finalizing the paperwork associated with the agreement and obtaining signatures of all parties; and

3.    The extension will not prejudice either party, but rather, would permit the parties to execute the agreement prior to dismissal of the action.

Wherefore, the parties respectfully request that this Motion be granted:

Respectfully submitted,

| | |
|---|---|
| Defendant Hartford Life and Accident Insurance Company of America, | Plaintiff Jason Shapiro, D.M.D. |
| By its Attorneys, | By his attorney, |
| /s/ Katherine R. Parsons (MMR) | /s/ Mala M. Rafik |
| David B. Crevier, BBO #557242 | Mala M. Rafik, BBO #638075 |
| Katherine R. Parsons, BBO #657280 | Rosenfeld & Rafik, P.C. |
| CREVIER & RYAN, LLP. | 44 School Street, Suite 410 |
| 1500 Main Street, Suite 2020 | Boston, MA 02108 |
| Springfield, MA 01115-5532 | (617) 723-7470 |
| (413) 787-2400 | (617) 227-2843 (fax) |
| (413) 781-8235 (fax) | |

Defendants Resident Physician's Trust Group Benefit Plan and Partners Healthcare System, Inc.

By their Attorneys,

/s/ Naomi Bass (MMR)
Naomi Bass, BBO # 650625
Partners Health Care Systems, Inc.
50 Staniford Street
Suite 1000
Boston, MA 02114