UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON L. SHAPIRO, D.M.D.,<br>    Plaintiff<br><br>V.<br><br>RESIDENT PHYSICIANS TRUST GROUP<br>BENEFIT PLAN, THE HARTFORD LIFE<br>AND ACCIDENT INSURANCE COMPANY,<br>AND PARTNERS HEALTHCARE SYSTEM,<br>INC.<br><br>    Defendants | CIVIL ACTION NO. 04-11966MLW |

## JOINT MOTION TO EXTEND ORDER OF DISMISSAL

On April 14, 2005, at the request of the parties, the Court issued a Settlement Order of Dismissal ("Settlement Order") in the above-referenced action. This Settlement Order provided the parties sixty (60) days, or until June 13, 2005, to reopen the action if settlement is not consummated. The parties have requested two brief extensions of time, until July 12, 2005, to complete the settlement papers. Due to the extended vacation schedules of several individuals involved in the completion of the Settlement Agreement, the parties are requesting an additional two weeks, or until July 26, 2005, to complete the agreement. As grounds for this request, the parties indicate:

1.   The parties have agreed upon the terms of the settlement agreement;

2.   The parties are waiting for executed agreements, which is taking longer than expected in light of the number of individuals involved and the vacation schedules of those individuals; and

3.      The extension will not prejudice either party, but rather, would permit the parties to execute the agreement prior to dismissal of the action.

Wherefore, the parties respectfully request that this Motion be granted:

Respectfully submitted,

| | |
|---|---|
| Defendant Hartford Life and Accident Insurance Company of America, | Plaintiff Jason Shapiro, D.M.D. |
| By its Attorneys, | By his attorney, |
| /s/ Katherine R. Parsons (MMR)<br>David B. Crevier, BBO #557242<br>Katherine R. Parsons, BBO #657280<br>CREVIER & RYAN, LLP.<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115-5532<br>(413) 787-2400<br>(413) 781-8235 (fax) | /s/ Mala M. Rafik<br>Mala M. Rafik, BBO #638075<br>Rosenfeld & Rafik, P.C.<br>44 School Street, Suite 410<br>Boston, MA 02108<br>(617) 723-7470<br>(617) 227-2843 (fax) |

Defendants Resident Physician's Trust
Group Benefit Plan and Partners
Healthcare System, Inc.

By their Attorneys,

/s/ Naomi Bass (MMR)
Naomi Bass, BBO # 650625
Partners Health Care Systems, Inc.
50 Staniford Street
Suite 1000
Boston, MA 02114

Date:   July 11, 2005