UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON L. SHAPIRO, D.M.D.,<br>    Plaintiff<br><br>V.<br><br>RESIDENT PHYSICIANS TRUST GROUP<br>BENEFIT PLAN, THE HARTFORD LIFE AND<br>ACCIDENT INSURANCE COMPANY, AND<br>PARTNERS HEALTHCARE SYSTEM, INC.<br><br>    Defendants | CIVIL ACTION NO. 04-11966MLW |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| Defendant Hartford Life and<br>Accident Insurance Company of America, | Plaintiff Jason Shapiro, D.M.D. |
| By its Attorneys, | By his attorney, |
| /s/ Katherine R. Parsons (MMR)<br>David B. Crevier, BBO #557242<br>Katherine R. Parsons, BBO #657280<br>CREVIER & RYAN, LLP.<br>1500 Main Street, Suite 2020 | /s/ Mala M. Rafik<br>Mala M. Rafik, BBO #638075<br>Rosenfeld & Rafik, P.C.<br>44 School Street, Suite 410<br>Boston, MA 02108 |

1

Springfield, MA 01115-5532      (617) 723-7470
(413) 787-2400      (617) 227-2843 (fax)
(413) 781-8235 (fax)


Defendants Resident Physician's Trust
Group Benefit Plan and Partners
Healthcare System, Inc.

By their Attorneys,


/s/ Naomi Bass (MMR)
Naomi Bass, BBO # 650625
Partners Health Care Systems, Inc.
50 Staniford Street
Suite 1000
Boston, MA 02114

Date:   July 29, 2005